# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:11-CV-0013-KJD-PAL |
| ) | |
| v. ) | |
| ) | |
| $142,000.00 IN UNITED STATES ) | **DEFAULT** |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |

    It appearing from the records in the above-entitled action that an Order for Summons and Warrant of Arrest in Rem for the Property and Notice issued on the original Verified Complaint filed on January 5, 2011, has been regularly served upon the defendant and potential claimants hereinafter named; and it appearing from the affidavit of counsel for Plaintiff and the records herein that each of the potential claimants and said defendant have failed to plead or otherwise defend in said action as required by said Order for Summons and Warrant of Arrest in Rem for the Property and Notice as provided by the Federal Rules of Civil Procedure,

    NOW, THEREFORE, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following is hereby entered: (1) $142,000 in United States Currency; (2) Tong Shen (3) Wei-Yu Lai; and (4) all other persons and entities having an interest in the defendant property.

LANCE S. WILSON  
CLERK  
*Lance S. Wilson*  
(By) DEPUTY CLERK

6/13/2011  
DATE